# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JESSE BUSK,

    Plaintiff(s),

vs.

INTEGRITY STAFFING SOLUTIONS.

    Defendant(s).

Case No. 2:10-cv-1854-RLH-RJJ

**O R D E R**
(Motion to Dismiss–#6)

Before the Court is Defendant's Motion to Dismiss (#6, filed November 24, 2010). Plaintiff has filed a Statement of Non-Opposition to Defendant's Motion to Dismiss (#8).

Accordingly, and for good cause appearing, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#6) is granted, and the original Complaint is DISMISSED.

Dated: January 7, 2011.

_____
**Roger D. Hunt**
**Chief United States District Judge**

1