CLOSED,STAYED

# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:10−cv−01854−RLH−NJK

Busk v. Integrity Staffing Solutions  
Assigned to: Judge Roger L. Hunt  
Referred to: Magistrate Judge Nancy J. Koppe  
Case in other court:  9th Circuit Court of Appeal, 11−16892  
                     U.S. Supreme Court, 13−00433  
Cause: 28:1331 Fed. Question

Date Filed: 10/22/2010  
Date Terminated: 02/19/2014  
Jury Demand: None  
Nature of Suit: 790 Labor: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Jesse Busk**     represented by     **Joshua D Buck**  
Thierman Law Firm  
7287 Lakeside Drive  
Reno, NV 89511  
775−284−1500  
Email: josh@thiermanlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mark R. Thierman**  
Thierman Law Firm  
7287 Lakeside Drive  
Reno, NV 89511  
775−284−1500  
Fax: 775−703−5027  
Email: laborlawyer@pacbell.net  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Castro**     represented by     **Joshua D Buck**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mark R. Thierman**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sierra Williams**     represented by     **Joshua D Buck**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mark R. Thierman**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brooke Bomboy**　　　　　　　　　　　　　　represented by **Joshua D Buck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Thierman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Williams**　　　　　　　　　　　　　represented by **Joshua D Buck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Thierman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Integrity Staffing Solutions, Inc.**　　　　　represented by **Cory G. Walker**
Littler Mendelson, P.C.
3960 Howard Hughes Pkwy.
Suite 300
Las Vegas, NV 89169
(702) 862–8800
Fax: (702) 862–8811
Email: cgwalker@littler.com
*ATTORNEY TO BE NOTICED*

**Neil M. Alexander**
Littler Mendelson
50 West Liberty St., Ste. 400
Reno, NV 89501
775–348–4888
Fax: 775–786–0127
Email: nalexander@littler.com
*ATTORNEY TO BE NOTICED*

**Peter D. Navarro**
Jackson Lewis P.C.
3800 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
702–921–2460
Fax: 702–921–2461
Email: pnavarro@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Rick D Roskelley**

                                    Littler Mendelson, PC
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169–5937
Email: rroskelley@littler.com
*ATTORNEY TO BE NOTICED*

**Roger L Grandgenett**
Littler Mendelson, PC
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
Email: rgrandgenett@littler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Amazon.com, Inc.    represented by    **Joseph A. Nuccio**
Morgan Lewis &Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
609–919–6659
Fax: 609–919–6701
Email: jnuccio@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Eisen**
Morgan Lewis &Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105–1596
415–442–1328
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard G. Rosenblatt**
Morgan Lewis &Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
609–919–6609
Fax: 609–919–6701
Email: rrosenblatt@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott M. Mahoney**
Fisher &Phillips, LLP
3800 Howard Hughes Pkwy
Suite 950
Las Vegas, NV 89169
702–252–3131
Fax: 702–252–7411
Email: smahoney@laborlawyers.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Theresa Mak**
Morgan Lewis &Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415–442–1354
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2010 | Ï 1 | COMPLAINT against Integrity Staffing Solutions (Filing fee $ 350 receipt number 0978–1773637), filed by Jesse Busk. Certificate of Interested Parties due by 11/1/2010. Proof of service due by 2/19/2011. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Thierman, Mark) (Entered: 10/22/2010) |
| 10/22/2010 | Ï | Case assigned to Chief Judge Roger L. Hunt and Magistrate Judge Robert J. Johnston. (EDS) (Entered: 10/22/2010) |
| 10/22/2010 | Ï 2 | NOTICE PURSUANT TO LOCAL RULE IB 2–2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference – Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website – www.nvd.uscourts.gov. **Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. **(no image attached)** (EDS) (Entered: 10/22/2010) |
| 10/22/2010 | Ï 3 | Summons Issued as to Integrity Staffing Solutions. (EDS) (Entered: 10/22/2010) |
| 11/17/2010 | Ï 4 | CERTIFICATE OF SERVICE for 11/5/2010 by Plaintiff Jesse Busk. (Thierman, Mark) (Entered: 11/17/2010) |
| 11/17/2010 | Ï 5 | CERTIFICATE of Interested Parties filed by Jesse Busk. There are no known interested parties other than those participating in the case. (Thierman, Mark) (Entered: 11/17/2010) |
| 11/24/2010 | Ï 6 | MOTION to Dismiss; filed by Defendant Integrity Staffing Solutions. Responses due by 12/11/2010. (Attachments: # 1 Exhibit A)(Grandgenett, Roger) Modified text on 12/6/2010 (SRK). (Entered: 11/24/2010) |
| 12/07/2010 | Ï 7 | CERTIFICATE of Interested Parties filed by Integrity Staffing Solutions. There are no known interested parties other than those participating in the case. (Grandgenett, Roger) (Entered: 12/07/2010) |
| 12/09/2010 | Ï 8 | NON–OPPOSITION to 6 MOTION to Dismiss ; filed by Plaintiff Jesse Busk. (Thierman, Mark) (Entered: 12/09/2010) |
| 12/13/2010 | Ï 9 | REPLY to Response to 6 MOTION to Dismiss ; filed by Defendant Integrity Staffing Solutions. (Walker, Cory) Modified text on 12/13/2010 (SRK). (Entered: 12/13/2010) |
| 12/13/2010 | Ï 10 | Submission of PROPOSED ORDER on 9 Reply to Response to Motion to Dismiss; filed by Defendant Integrity Staffing Solutions . (Roskelley, Rick) Modified text on 12/13/2010 (SRK). (Entered: 12/13/2010) |
| 12/15/2010 | Ï 11 | AMENDED COMPLAINT against Integrity Staffing Solutions, filed by Jesse Busk, Laurie Castro. Adds new parties. Proof of service due by 4/14/2011. (Attachments: # 1 Notice of Filing |

| | | |
|---|---|---|
| | | of Consents to Joinder)(Thierman, Mark). (Entered: 12/15/2010) |
| 12/20/2010 | 12 | NOTICE by Plaintiffs Jesse Busk, Laurie Castro *of Filing of Consent to Joinder* (Thierman, Mark) (Entered: 12/20/2010) |
| 12/28/2010 | 13 | STIPULATION re 11 Amended Complaint; filed by Defendant Integrity Staffing Solutions, Inc.. (Roskelley, Rick) (Entered: 12/28/2010) |
| 12/29/2010 | 14 | ORDER ON STIPULATION Granting 13 Stipulation for Extension of Time for Defendant to File Responsive Pleading. Integrity Staffing Solutions, Inc. answer due 1/17/2011. Signed by Chief Judge Roger L. Hunt on 12/29/10. (Copies have been distributed pursuant to the NEF – EDS) (Entered: 12/29/2010) |
| 01/07/2011 | 15 | ORDER Granting 6 Motion to Dismiss. ORDERED that the original Complaint is DISMISSED. Signed by Chief Judge Roger L. Hunt on 1/7/11. (Copies have been distributed pursuant to the NEF – MMM) (Entered: 01/10/2011) |
| 01/18/2011 | 16 | MOTION to Dismiss Amended Complaint by Defendant Integrity Staffing Solutions, Inc.. Responses due by 2/4/2011. (Attachments: # 1 Exhibit A)(Grandgenett, Roger) Modified text on 2/7/2011 (SRK). (Entered: 01/18/2011) |
| 02/04/2011 | 17 | RESPONSE to 16 MOTION to Dismiss Amended Complaint, filed by Plaintiffs Jesse Busk, Laurie Castro. Replies due by 2/14/2011. (Attachments: # 1 Declaration of Mark R. Thierman in Support of Opposition to Motion to Dismiss Plaintiff's First Amended Complaint)(Thierman, Mark) Modified text on 2/16/2011 (SRK). (Entered: 02/04/2011) |
| 02/14/2011 | 18 | REPLY to Response to 16 MOTION to Dismiss Amended Complaint ; filed by Defendant Integrity Staffing Solutions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Grandgenett, Roger) (Entered: 02/14/2011) |
| 02/15/2011 | 19 | ERRATA to 18 Reply to Response to 16 Motion to Dismiss Amended Complaint ; filed by Defendant Integrity Staffing Solutions, Inc.. (Walker, Cory) **Docket entry relationship modified on 2/16/2011** (SRK). (Entered: 02/15/2011) |
| 07/19/2011 | 20 | ORDER Granting 16 Motion to Dismiss. Clerk is directed to close this case. Signed by Judge Roger L. Hunt on 7/19/11. (Copies have been distributed pursuant to the NEF – MMM) (Entered: 07/20/2011) |
| 08/05/2011 | 21 | NOTICE OF APPEAL as to 20 Order on Motion to Dismiss, by Plaintiffs Jesse Busk, Laurie Castro. Filing fee $ 455, receipt number 0978−2075464. E−mail notice (NEF) sent to the US Court of Appeals, Ninth Circuit. (Thierman, Mark) (Entered: 08/05/2011) |
| 08/08/2011 | 22 | USCA Appeal Fees received $455 receipt number 0978−2075464 re 21 Notice of Appeal filed by Jesse Busk, Laurie Castro. E−mail notice (NEF) sent to the US Court of Appeals, Ninth Circuit. (JAG) (Entered: 08/08/2011) |
| 08/08/2011 | 23 | ORDER for Time Schedule as to 21 Notice of Appeal filed by Jesse Busk, Laurie Castro. **USCA Case Number 11−16892**. (JAG) (Entered: 08/08/2011) |
| 04/12/2013 | 24 | OPINION of USCA, Ninth Circuit, as to 21 Notice of Appeal filed by Jesse Busk, Laurie Castro. AFFIRMED in part, REVERSED in part, and REMANDED. (AC) (Entered: 04/12/2013) |
| 04/16/2013 | 25 | MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Robert C. Jones, on 4/16/2013. By Deputy Clerk: Erin Smith. IT IS ORDERED that this case is reassigned to Magistrate Judge Nancy J. Koppe for all further proceedings. Magistrate Judge Robert J. Johnston no longer assigned to case. All further documents must bear the correct case number 2:10−cv−1854−RLH−NJK. **(no image attached)** (Copies have been distributed pursuant to the NEF – EDS) (Entered: 04/16/2013) |

| | | |
|---|---|---|
| 04/16/2013 | 26 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Nancy J. Koppe, on 4/16/2013. By Deputy Clerk: Alana Kamaka. IT IS ORDERED that a Discovery Hearing is set for Tuesday, 4/23/2013 10:00 AM in LV Courtroom 3B before Magistrate Judge Nancy J. Koppe. **(no image attached)** (Copies have been distributed pursuant to the NEF – AKK) (Entered: 04/16/2013) |
| 04/19/2013 | 27 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Nancy J. Koppe, on 4/19/2013. RE: Minute Order 26 dated 4/16/2013. The Discovery Hearing set for Tuesday, 4/23/2013 10:00 AM in LV Courtroom 3B before Magistrate Judge Nancy J. Koppe is hereby VACATED. **(no image attached)** (Copies have been distributed pursuant to the NEF – KBB) (Entered: 04/19/2013) |
| 06/03/2013 | 28 | ORDER of USCA, Ninth Circuit, as to 21 Notice of Appeal filed by Jesse Busk, Laurie Castro. The petition for rehearing and the petition for rehearing en banc are DENIED. (AC) (Entered: 06/03/2013) |
| 06/12/2013 | 29 | MANDATE of USCA, Ninth Circuit, as to 24 USCA Opinion and 21 Notice of Appeal filed by Jesse Busk and Laurie Castro. AFFIRMED in part, REVERSED in part, and REMANDED. (AC) (Entered: 06/17/2013) |
| 06/18/2013 | 31 | ORDER on Mandate as to 28 USCA Order and 29 USCA Mandate AFFIRMING in part, REVERSING in part, and REMANDING the Judgment of the District Court re 21 Notice of Appeal filed by Jesse Busk and Laurie Castro. This matter is referred to U.S. Magistrate Judge Nancy J. Koppe for the scheduling of a Status and/or Discovery Hearing. Signed by Judge Roger L. Hunt on 6/18/2013. (SLD) (Entered: 06/18/2013) |
| 06/19/2013 | 32 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Nancy J. Koppe, on 6/19/2013. Status Hearing set for 6/25/2013 03:00 PM in LV Courtroom 3A before Magistrate Judge Nancy J. Koppe.**(no image attached)** (Copies have been distributed pursuant to the NEF – KBB) (Entered: 06/19/2013) |
| 06/21/2013 | 33 | STIPULATION re 32 Minute Order Setting Hearing, ; */Joint Request to Reschedule Status Hearing* by Plaintiffs Jesse Busk, Laurie Castro. (Thierman, Mark) (Entered: 06/21/2013) |
| 06/21/2013 | 34 | ORDER ON STIPULATION Granting 33 Stipulation to Reschedule. Status Hearing continued to 7/2/2013 10:00 AM in LV Courtroom 3B before Magistrate Judge Nancy J. Koppe. Signed by Magistrate Judge Nancy J. Koppe on 6/21/13. (Copies have been distributed pursuant to the NEF – MMM) (Entered: 06/21/2013) |
| 06/26/2013 | 35 | **ERROR:** Wrong event selected by attorney. CORRECTION: Attorney advised to refile using correct event. NOTICE *Of Request to Appear By Telephone At The July 2, 2013 Status Hearing by Jesse Busk, Laurie Castro. (Thierman, Mark)* Modified on 6/27/2013 (RFJ). (Entered: 06/26/2013) |
| 06/26/2013 | 36 | ANSWER to 11 Amended Complaint filed by Integrity Staffing Solutions, Inc.. Certificate of Interested Parties due by 7/6/2013. Discovery Plan/Scheduling Order due by 8/10/2013.(Navarro, Peter) (Entered: 06/26/2013) |
| 06/27/2013 | 37 | **NOTICE: Attorney Action Required** to 35 Notice (Other): **ERROR:** Wrong event selected, by attorney **Mark R. Thierman.**<br><br>*Counsel advised in the future please file documents in accordance with Special Order 109 filing procedures.*<br><br>CORRECTION: Attorney advised to refile Notice using the correct event *Motion for appearing telephonically* using the "Motion for Miscellaneous Relief" found under the **MOTIONS** category . **(no image attached)**(RFJ) (Entered: 06/27/2013) |

| | | |
|---|---|---|
| 06/27/2013 | 38 | MOTION Requesting Telephonic Appearance at the July 2, 2013 Status Hearing by Plaintiffs Jesse Busk, Laurie Castro. Responses due by 7/14/2013. (Thierman, Mark) (Entered: 06/27/2013) |
| 06/28/2013 | 39 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Nancy J. Koppe, on 6/28/2013. By Deputy Clerk: Alana Kamaka. The Court hereby grants 38 Plaintiffs Motion Requesting Telephonic Appearance at the Status Hearing set for 7/2/13, at 10:00 AM, Courtroom 3B, before Magistrate Judge Nancy J. Koppe. Plaintiffs' Counsel Mark R. Thierman and Joshua D. Buck are permitted to participate in the hearing via telephonic conference call. At least five minutes before the hearing, the above–named counsel shall call the Court's conference line at: 702–868–4906; and enter conference code: 123456. The call must be made using a land line phone. Speaker and cell phones are prohibited. (Copies have been distributed pursuant to the NEF – AKK) (Entered: 06/28/2013) |
| 07/02/2013 | 40 | MINUTES OF PROCEEDINGS – Status Conference held on 7/2/2013 before Magistrate Judge Nancy J. Koppe. Crtrm Administrator: *Alana Kamaka*; Pla Counsel: *Joshua D. Buck*; Def Counsel: *Peter D. Navarro and Roger L. Grandgenett*; Court Reporter/FTR #: *10:00:38 – 10:03:45*; Time of Hearing: *10:00–10:04*; Courtroom: *3B*; Court inquires and discusses with counsel the status of the case since the remand as well as discovery. Counsel indicated that the answer was filed on 6/26/13 and a Rule 26(f) conference is scheduled for 7/22/13. Court noted the docket shows the Discovery Plan/Scheduling Order is due by 8/10/13. Since that is a Sunday, the Discovery Plan/Scheduling Order will be due by 8/12/2013 instead. **(no image attached)** (Copies have been distributed pursuant to the NEF – AKK) (Entered: 07/02/2013) |
| 07/25/2013 | 41 | NOTICE of Appearance by attorney Neil M. Alexander on behalf of Defendant Integrity Staffing Solutions, Inc.. (Alexander, Neil) (Entered: 07/25/2013) |
| 08/12/2013 | 42 | STIPULATION FOR EXTENSION OF TIME to 11 **AMENDED COMPLAINT**; filed by Defendant Integrity Staffing Solutions, Inc.. (Navarro, Peter) (Entered: 08/12/2013) |
| 08/13/2013 | 43 | ORDER ON STIPULATION Granting 42 Joint Stipulation to Amend 11 Complaint and Extend Time to File a Joint Stipulated Discovery Plan and Scheduling Order until 30 days after Amazon.com has been served. Signed by Magistrate Judge Nancy J. Koppe on 08/13/2013. (Copies have been distributed pursuant to the NEF – AC) (Entered: 08/13/2013) |
| 08/19/2013 | 44 | NOTICE from the U.S. Supreme Court that the application for an extension of time within which to file a petition for a Writ of Certiorari has been presented to Justice Kennedy, who on 8/12/2013 extended the time to 10/3/2013 as to Integrity Staffing Solutions, Inc. (AC) (Entered: 08/21/2013) |
| 08/23/2013 | 45 | MOTION to Stay by Defendant Integrity Staffing Solutions, Inc.. Motion ripe 8/23/2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Roskelley, Rick) (Entered: 08/23/2013) |
| 08/26/2013 | 46 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Nancy J. Koppe, on August 26, 2013. RE: 45 Defendants' Motion to Stay. IT IS ORDERED that a Response shall be filed by August 30, 2013; and the Reply is due by September 4, 2013. **(no image attached)** (Copies have been distributed pursuant to the NEF – KBB) (Entered: 08/26/2013) |
| 08/28/2013 | 47 | **SECOND** AMENDED COMPLAINT against Integrity Staffing Solutions, Inc., Amazon.com, Inc., filed by Jesse Busk, Laurie Castro, Sierra Williams, Brooke Bomboy, Monica Williams. Adds new parties. Proof of service due by 12/26/2013. (Thierman, Mark) (Entered: 08/28/2013) |
| 08/30/2013 | 48 | RESPONSE to 45 MOTION to Stay , filed by Plaintiffs Brooke Bomboy, Jesse Busk, Laurie Castro, Monica Williams, Sierra Williams. Replies due by 9/9/2013. (Thierman, Mark) (Entered: 08/30/2013) |
| 09/04/2013 | 49 | |

| | | |
|---|---|---|
| | | REPLY to Response to 45 MOTION to Stay filed by Defendant Integrity Staffing Solutions, Inc.. (Navarro, Peter) (Entered: 09/04/2013) |
| 09/05/2013 | 50 | ORDER Granting 45 Motion to Stay. Signed by Magistrate Judge Nancy J. Koppe on 9/5/2013. (Copies have been distributed pursuant to the NEF – SLR) (Entered: 09/05/2013) |
| 09/12/2013 | 51 | WAIVER OF SERVICE Returned Executed by Sierra Williams, Monica Williams, Jesse Busk, Brooke Bomboy, Laurie Castro. Amazon.com, Inc. waiver sent on 9/9/2013, answer due 11/8/2013. (Thierman, Mark) (Entered: 09/12/2013) |
| 09/19/2013 | 52 | Notice of Consent **re:** 47 SECOND AMENDED COMPLAINT; filed by Plaintiffs Brooke Bomboy, Jesse Busk, Laurie Castro, Monica Williams, Sierra Williams. (Thierman, Mark) (Entered: 09/19/2013) |
| 10/01/2013 | 53 | ANSWER to 47 SECOND Amended Complaint filed by Amazon.com, Inc..(Mahoney, Scott) (Entered: 10/01/2013) |
| 10/02/2013 | 54 | **Notice of Consent to 47 SECOND AMENDED COMPLAINT**; filed by Plaintiffs Brooke Bomboy, Jesse Busk, Laurie Castro, Monica Williams, Sierra Williams. (Thierman, Mark) (Entered: 10/02/2013) |
| 10/15/2013 | 55 | NOTICE from the U.S. Supreme Court re 21 Notice of Appeal filed by Jesse Busk and Laurie Castro. The petition for a writ of certiorari in the above entitled case was filed on October 3, 2013 and placed on the docket October 8, 2013 as **No. 13–433**. (AC) (Entered: 10/15/2013) |
| 10/17/2013 | 56 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Theresa Mak and DESIGNATION of Local Counsel Scott Mahoney (Filing fee $ 200 receipt number 0978–2998645) filed by Defendant Amazon.com, Inc. . Motion ripe 10/17/2013. (Mahoney, Scott) (Entered: 10/17/2013) |
| 10/17/2013 | 57 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Joseph A. Nuccio and DESIGNATION of Local Counsel Scott Mahoney (Filing fee $ 200 receipt number 0978–2998663) filed by Defendant Amazon.com, Inc. . Motion ripe 10/17/2013. (Mahoney, Scott) (Entered: 10/17/2013) |
| 10/17/2013 | 58 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Richard G. Rosenblatt and DESIGNATION of Local Counsel Scott Mahoney (Filing fee $ 200 receipt number 0978–2998682) filed by Defendant Amazon.com, Inc. . Motion ripe 10/17/2013. (Mahoney, Scott) (Entered: 10/17/2013) |
| 10/17/2013 | 59 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Rebecca D. Eisen and DESIGNATION of Local Counsel Scott Mahoney (Filing fee $ 200 receipt number 0978–2998700) filed by Defendant Amazon.com, Inc. . Motion ripe 10/17/2013. (Mahoney, Scott) (Entered: 10/17/2013) |
| 10/18/2013 | 60 | ORDER Granting 56 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Theresa Mak for Amazon.com, Inc. and approving Designation of Local Counsel for Attorney Scott M. Mahoney. Signed by Judge Roger L. Hunt on 10/18/2013. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov (Copies have been distributed pursuant to the NEF – SLR) (Entered: 10/18/2013) |
| 10/18/2013 | 61 | ORDER Granting 57 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Joseph A. Nuccio for Amazon.com, Inc. and approving Designation of Local Counsel for Attorney Scott M. Mahoney. Signed by Judge Roger L. Hunt on 10/18/2013. Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov |

| | | |
|---|---|---|
| | | (Copies have been distributed pursuant to the NEF – SLR) (Entered: 10/18/2013) |
| 10/18/2013 | 62 | ORDER Granting 58 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Richard G. Rosenblatt for Amazon.com, Inc. and approving Designation of Local Counsel for Attorney Scott M. Mahoney. Signed by Judge Roger L. Hunt on 10/18/2013.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – SLR) (Entered: 10/18/2013) |
| 10/18/2013 | 63 | ORDER Granting 59 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Rebecca Eisen for Amazon.com, Inc. and approving Designation of Local Counsel for Attorney Scott M. Mahoney. Signed by Judge Roger L. Hunt on 10/18/2013.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – SLR) (Entered: 10/18/2013) |
| 11/21/2013 | 64 | **Notice of Consent to 47 SECOND AMENDED COMPLAINT**; filed by Jesse Busk, Laurie Castro, Monica Williams, Sierra Williams. (Thierman, Mark) (Entered: 11/21/2013) |
| 02/19/2014 | 65 | NOTICE of Filing of Consents to Joinder filed by Plaintiffs Brooke Bomboy, Jesse Busk, Laurie Castro, Monica Williams, Sierra Williams. (Thierman, Mark) (Entered: 02/19/2014) |
| 02/19/2014 | 66 | TRANSFER ORDER (MDL No. 2504) Signed by MDL Panel on 2/19/14. (Attachments: # 1 Minute Order)(Copies have been distributed pursuant to the NEF – MMM) (Entered: 02/20/2014) |
| 02/19/2014 | 67 | *CERTIFIED* TRANSFER ORDER (MDL No. 2504). Signed by MDL Panel on 2/19/14. (Copies have been distributed pursuant to the NEF – MMM) (Entered: 02/20/2014) |