## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 25, 2018

Mr. Richard G. Rosenblatt
Morgan Lewis & Bockius
502 Carnegie Center
Princeton, NJ 08540

Mr. Rick D. Roskelley
Littler Mendelson
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169

Mr. Mark Russell Thierman
Thierman Buck
7287 Lakeside Drive
Reno, NV 89511

Re: Case No. 17-5784/17-5785, *Jesse Busk, et al v. Integrity Staffing Solutions, et al*
Originating Case No. : 3:14-md-02504 : 3:14-cv-00139

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc:  Ms. Vanessa L. Armstrong
     Mr. Cory G. Walker

Enclosure

Case 3:14-cv-00139-DJH Document 112 Filed 01/25/18 Page 2 of 3 PageID #: 1330

(2 of 3)

Case No. 17-5784/17-5785

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: AMAZON.COM, INC., Fulfillment Center
Fair Labor Standards Act (FLSA) and
Wage and Hour Litigation

-------------------------------

JESSE BUSK; LAURIE CASTRO; SIERRA WILLIAMS;
MONICA WILLIAMS; VERONICA HERNANDEZ

       Plaintiffs - Appellants

 and

BROOKE BOMBOY; SCOTT D. SAMPSON; MARISSA HODGE

       Plaintiffs

v.

INTEGRITY STAFFING SOLUTIONS, INC.;
AMAZON.COM, INC.

       Defendants - Appellees


   The court having determined that consolidation of the above causes for the purpose of

submission is appropriate,

   It is **ORDERED** that the causes be, and they hereby are, consolidated for the purpose

stated above.

                           **ENTERED PURSUANT TO RULE 45(a),**
                           **RULES OF THE SIXTH CIRCUIT**
                           Deborah S. Hunt, Clerk

Issued:  January 25, 2018