UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION, | Master File No. 3:14-md-02504-DJH<br>MDL Docket No. 2504 |
| THIS DOCUMENT RELATES TO: | Case No. 3:14-cv-00139-DJH |
| *Jesse Busk, et al. vs. Integrity Staffing Solutions, Inc., et. al.*, Case No. 14-cv-00139-DJH | |

**JOINT REPORT REGARDING MEDIATION**

Pursuant to this Court's Orders, Plaintiffs JESSE BUSK, ET AL. ("Plaintiffs"), and Defendants INTEGRITY STAFFING SOLUTIONS, INC. ET AL. ("Defendants"), by and through their respective counsel, hereby notify the Court that to enable sufficient preparation time for mediation and due to the COVID-19 crisis, the Parties have rescheduled mediation in this matter (originally scheduled for April 17, 2020) to May 27, 2020, to be conducted remotely with Mediator Carolyn Cairns. Per the Court's Orders, the Parties will file a joint report advising the Court of the result of the mediation within seven (7) days of the mediation's conclusion.

DATED: May 6, 2020                                  Respectfully Submitted,

THIERMAN BUCK LLP

/s/ *Joshua D. Buck*
Joshua D. Buck
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Joseph A. Nuccio*
Joseph A. Nuccio
502 Carnegie Center
Princeton, New Jersey 08540

*Attorneys for Defendant Amazon.Com, Inc.*

LITTLE MENDELSON, P.C.
*/s/ Rick Roskelley*
Rick Roskelley
Camelback Esplanade
2425 East Camelback Road, #900
Phoenix, AZ $5016

*Attorneys for Integrity Staffing Solutions, Inc.*

3

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was filed this 6th day of May, 2020, and served on the parties via the Court's ECF system.

            /s/Joshua D. Buck
            Attorneys for Plaintiffs