**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION, | Master File No. 3:14-md-02504-DJH<br>MDL Docket No. 2504 |
| THIS DOCUMENT RELATES TO: | Case No. 3:14-cv-00139-DJH |
| *Jesse Busk, et al. vs. Integrity Staffing Solutions, Inc., et. al.*, Case No. 14-cv-00139-DJH | |

**JOINT REPORT REGARDING MEDIATION**

Pursuant to this Court's Orders and the Parties' June 3, 2020 Joint Report, Plaintiffs JESSE BUSK, ET AL. ("Plaintiffs"), and Defendants INTEGRITY STAFFING SOLUTIONS, INC. ET AL. ("Defendants"), by and through their respective counsel, hereby notify the Court that the Parties are continuing their ongoing post-mediation settlement discussions and have not yet reached a resolution of this matter at this time; and the Parties expect that, by June 23, 2020, they will either (i) have reached a resolution, in which case the Parties will advise the Court of such resolution by June 23; or (ii) have concluded resolution is unavailable at this time, in which case the Parties will so advise the Court by June 23 and thereafter confer upon and subsequently submit to the Court a joint proposed scheduling order and discovery plan, which the Parties expect to submit by or before July 1. Accordingly, the Parties respectfully request that the present stay of proceedings be temporarily extended through June 23, 2020.

DATED: June 16, 2020

Respectfully Submitted,

THIERMAN BUCK LLP

/s/ *Joshua D. Buck*
Joshua D. Buck
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Joseph A. Nuccio*
Joseph A. Nuccio
502 Carnegie Center
Princeton, New Jersey 08540

*Attorneys for Defendant Amazon.Com, Inc.*

LITTLER MENDELSON, P.C.

*/s/ Rick Roskelley*
Rick Roskelley
Camelback Esplanade
2425 East Camelback Road, #900
Phoenix, AZ 85016

*Attorneys for Integrity Staffing Solutions, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed this 16th day of June, 2020, and served on the parties via the Court's ECF system.

                                    /s/Joshua D. Buck
                                    Attorneys for Plaintiffs