UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | Master File No. 3:14-md-2504<br>MDL Docket No. 2504 |
| THIS DOCUMENT RELATES TO:<br>*Busk v. Integrity Staffing Solutions, Inc.*, | Case No. 3:14-cv-139-DJH |

\* \* \* \* \*

## MEMORANDUM OF HEARING

A telephonic preliminary fairness hearing was held in this matter on February 19, 2021, with the following counsel participating:

  For Plaintiffs:  Joshua Buck
          Mark Thierman

  For Defendants:  Rick Roskelley
          Joseph Nuccio
          Richard Rosenblatt

Counsel spoke in support of the parties' proposed settlement. At the conclusion of the hearing, the Court took the motion for preliminary approval under advisement.

  February 19, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/25
Court Reporter: Dena Legg

1