UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: AMAZON.COM, INC.,
FULFILLMENT CENTER FAIR LABOR           Master File No. 3:14-md-2504
STANDARDS ACT (FLSA) AND                MDL Docket No. 2504
WAGE AND HOUR LITIGATION

THIS DOCUMENT RELATES TO:
*Busk v. Integrity Staffing Solutions, Inc.*,    Case No. 3:14-cv-139-DJH

\* \* \* \* \*

### ORDER

On the Court's own motion, and with the agreement of the parties, it is hereby

**ORDERED** that the final fairness hearing set for May 19, 2021, is **RESET** for **May 25, 2021, at 2:00 p.m. Eastern Time**.  The hearing will be held by videoconference.  Instructions for connecting to the videoconference will be posted to the Court's website.

May 13, 2021

David J. Hale, Judge
United States District Court